# United States Court of Appeals
## for the Fourth Circuit

CHAMBERS OF
KAREN J. WILLIAMS

1021 MIDDLETON STREET
ORANGEBURG, SOUTH CAROLINA 29115
TELEPHONE 803-533-0711

June 21, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

   Re: Financial Disclosure Report
    Calendar Year Filing 2006

  I am filing the attached amendments in response to the questions raised in

your letter of June 14, 2007 concerning my Financial Disclosure Report of 2006. You

will find the changes have been highlighted. If you have any questions about these

amendments, please advise.

       Sincerely,



       Karen J. Williams

KJW:acw

RECEIVED 2007 JUN 28 A 11:03 FINANCIAL DISCLOSURE OFFICE

## Amendments to 2006 Financial Disclosure Report for Karen J. Williams
Filed: June 21, 2007

ACCOUNT- ███████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| 24. Edisto Plantation | | None | K | W | Buy | 7/7 | K | | |
| 30. Road Guard Systems LLC | A | None | | | Liquidated | 10/12 | J | | |

ACCOUNT ███████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| 298. The Growth Fund of America-A | A | Interest | J | T | | | | | |
| 299. The Investment Company of America-A | A | Interest | J | T | | | | | |
| 300. New Perspective Fund-A | A | Interest | J | T | | | | | |

ACCOUNT- ███████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| 302. House, Richland County, SC | | None | | W | Buy | 7/17 | N | | |

Sincerely,

Karen J. Williams

KJW:acw

RECEIVED 2007 JUN 28 A 11: 03 FINANCIAL DISCLOSURE OFFICE



SELF INITIATED
AMENDMENT

## United States Court of Appeals
### for the Fourth Circuit

CHAMBERS OF
KAREN J. WILLIAMS

1021 MIDDLETON STREET
ORANGEBURG, SOUTH CAROLINA 29115
TELEPHONE 803-533-0711

May 8, 2007

RECEIVED
2007 MAY 14 A 10: 47
FINANCIAL
DISCLOSURE OFFICE

The Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Re: 2004 and 2005 Financial Disclosure Reports

Dear Judge Smith:

In preparing my 2006 Financial Disclosure Report, I discovered several investment accounts my husband had opened for our ▇▇▇▇▇▇▇▇▇▇▇▇ that I was unaware of. This letter is an amendment to my 2004 and 2005 Financial Disclosure Reports showing these accounts. The accounts should have been listed as follows:

### For the 2004 Report

**ACCOUNT** ▇▇▇▇▇

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | J | T | Buy | 7/20 | J | | |
| The Investment Company of America- A | A | Dividends | J | T | Buy | 7/20 | J | | |
| New Perspective Fund-A | A | Dividends | J | T | Buy | 7/20 | J | | |

**ACCOUNT**

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | J | T | Buy | 7/20 | J | | |
| The Investment Company of America- A | A | Dividends | J | T | Buy | 7/20 | J | | |
| New Perspective Fund-A | A | Dividends | J | T | Buy | 7/20 | J | | |

## ACCOUNT ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | J | T | Buy | 7/20 | J | | |
| The Investment Company of America- A | A | Dividends | J | T | Buy | 7/20 | J | | |
| New Perspective Fund-A | A | Dividends | J | T | Buy | 7/20 | J | | |

## ACCOUNT ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | J | T | Buy | 7/20 | J | | |
| The Investment Company of America- A | A | Dividends | J | T | Buy | 7/20 | J | | |
| New Perspective Fund-A | A | Dividends | J | T | Buy | 7/20 | J | | |

## For the 2005 Report

## ACCOUNT ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | K | T | | | | | |
| The Investment Company of America- A | A | Dividends | K | T | | | | | |
| New Perspective Fund-A | A | Dividends | K | T | | | | | |

## ACCOUNT ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| The Growth Fund of America - A | A | Dividends | K | T | | | | | |
| The Investment Company of America- A | A | Dividends | K | T | | | | | |
| New Perspective Fund-A | A | Dividends | K | T | | | | | |

**ACCOUNT** ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|------|------|------|------|------|------|------|--------|------|
| The Growth Fund of America - A | A | Dividends | K | T | | | | | |
| The Investment Company of America- A | A | Dividends | K | T | | | | | |
| New Perspective Fund-A | A | Dividends | K | T | | | | | |

**ACCOUNT** ████████

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) ( | D(5) |
|---|------|------|------|------|------|------|------|--------|------|
| The Growth Fund of America - A | A | Dividends | K | T | | | | | |
| The Investment Company of America- A | A | Dividends | K | T | | | | | |
| New Perspective Fund-A | A | Dividends | K | T | | | | | |

With respect to my 2006 Report, the ████ represented as ' ████ has been emancipated and therefore is no longer listed on my report. The ████████, represented as ' ████, is still listed and the two accounts, ████████ " and ████████████ are listed on Part VII of my 2006 Report.

Also, there are two items that should have been listed under Section VI of my 2005 Report. Both are mortgages on property that were correctly listed in Part VII of my 2005 report.

The additional liabilities should have been listed as follows:

**2005 Report**

**VI. Liabilities:**

| Creditor | Description | Value Code |
|----------|-------------|------------|
| 3. ██ Bank of America | Note secured by real estate mortgage (TP)(See VII-17) | P1 |
| 4. ██ Wachovia | Note secured by real estate mortgage (SNS) (See VII- 33) | O |

I apologize for this omission for these two reports. If you or the Committee need any further explanation, please advise.

Sincerely

Karen J. Williams

KJW:acw

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006



Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WILLIAMS, KAREN J | FOURTH CIRCUIT COURT APPEALS | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CIRCUIT JUDGE - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1021 MIDDLETON STREET <br> ORANGEBURG, SC 29115 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | South Carolina Bar Association |
| 2. Member | Univ. of SC School of Law Advisory Board |
| 3. Member | Univ. of SC School of Law Partnership Bd |
| 4. Member, Board | Rotary Club of Orangeburg, S.C. |
| 5. Member | South Carolina Women Lawyers Association |
| 6. Member, Trustee | First Baptist Church of Orangeburg |
| 7. Member | Federal Judicial Resources Committee,Working Group |
| 8. Member | Federal Judicial Center's Board and Appellate Judges Education Committee |
| 9. Member | Woodberry Forest School Board of Trustees |
| 10. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

**2.** _____ _____

**3.** _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Annuity: TransAmerica Occidental Life | $ 13,602.60 |
| 2. 2006 | Annuity: Prudential | $ 23,340.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Salary and and Bonus - Practice of Law |
| 2. 2006 | SC State University per diem (Board of Trustees) |
| 3. 2006 | Annuity: Aurora (Now called "Equitable") |
| 4. 2006 | Annuity: Southern Farm Bureau (Now called "SC Farm Bureau") |
| 5. 2006 | Annuity: Manufacturer's Life |
| 6. 2006 | Annuity: Travelers |
| 7. 2006 | Annuity: Allstate Life Insurance |
| 8. 2006 | Annuity: Prudential |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

3. _____   _____

4. _____   _____

5. _____   _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ███████ Williams | Note Secured By Real Estate Mortgage (See VII-35) | L |
| 2. | ██ Farmers Home Admin. | Note Secured By Real Estate Mortgage (See VII-25) | J |
| 3. | ██ Bank of America | Note Secured By Real Estate Mortgage (TP) (See VII - 13) | PI |
| 4. | ██ Wachovia | Note Secured By Real Estate Mortgage (SNS) (See VII- 31) | O |
| 5. | ██ Wachovia | Note Secured By Real Estate Mortgage (EP) (See VII- 24) | N |
| 6. | ██████ Community Resource Bank | Note Secured By Real Estate Mortgage (See VII- 302) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America MM Savings | B | Interest | K | T | | | | | |
| 2. Community Bank Shares (Now | A | Div/Reinvest | J | T | | | | | |
| 3. JJR Investments, LLC | D | Div/Int | M | U | | | | | |
| 4. Hartford Life & Annuity | E | Div/Int | M | T | | | | | |
| 5. South Carolina Bank & Trust Ck | A | Interest | L | T | | | | | |
| 6. South Carolina Bank & Trust -CD 023 | B | Interest | M | T | | | | | See Section VIII (RR) |
| 7. South Carolina Bank & Trust -CD 053 | B | Interest | | | Matured | 12/21 | M | B | |
| 8. South Carolina Bank & Trust CD 347 | C | Interest | M | T | Opened | 5/22 | M | C | |
| 9. South Carolina Bank & Trust SuperMax | A | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Bank of America CK | A | Interest | J | T | | | | | |
| 12. Bank of America, SAV | A | Interest | J | T | | | | | |
| 13. Teton County ,Wy Condo | G | | P1 | W | | | | | |
| 14. | | | | | | | | | |
| 15. Absolute Energy, LLC | C | Interest | M | | Buy | 2/03 | M | | |
| 16. 1/2 Interest Real Estate in Elbert County, GA | | None | J | W | | | | | |
| 17. JJR Investments, LLC | D | Div/Interest | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America CK | | None | L | T | | | | | |
| 19. Bank of America Sav | A | Interest | J | T | | | | | |
| 20. Bank of America MMKT INV | C | Interest | M | T | | | | | |
| 21. Brockton Professional Baseball LLC | A | Dividend | K | U | | | | | |
| 22. Charles H. Williams PA Stock | A | Interest | P1 | U | | | | | |
| 23. Diablo Baseball Investors, LLC | | None | J | U | Buy | 2/12 | J | | |
| 24. Edisto Plantation LLC | | None | K | W | Buy | 7/7 | | | |
| 25. House, ███ Orangeburg County, SC | D | Rent | L | W | | | | | |
| 26. Lot on Square in Orangeburg County, SC | | None | M | W | | | | | |
| 27. Note Rec'd A.D. | | None | M | T | | | | | |
| 28. Office on Square in Orangeburg County, SC | | None | N | W | | | | | |
| 29. Rock Hill Hotel Group | A | Dividend | L | U | | | | | |
| 30. Road Guard Systems LLC | A | None | | | Liquidated | | | | |
| 31. Santees North Shore LLC | B | Interest | L | U | | | | | |
| 32. Sky High Air LLC | | None | L | U | | | | | |
| 33. Winchester N. Beach Towers, LLC | C | Interest | P1 | W | Buy | 4/25 | P1 | | |
| 34. ████████████ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▓▓ Farmland, Orangeburg County, SC ▓▓▓ | A | Rent | P1 | W | Buy ▓▓ | 2/22 | L | | See Section VIII (A) |
| 36. | | | | T | TimberSale | 4/26 | K | D | See Section VIII (A) |
| 37. | | | | T | TimberSale | 5/02 | J | C | See Section VIII (A) |
| 38. | | | | T | TimberSale | 5/11 | J | C | See Section VIII (A) |
| 39. | | | | T | TimberSale | 5/15 | J | C | See Section VIII (A) |
| 40. | | | | T | Sold ▓▓ | 11/17 | K | | See Section VIII (A) |
| 41. | | | | T | Sold RofW | 12/14 | J | | See Section VIII (NN) |
| 42. ▓▓▓▓▓▓ in Orangeburg County, SC | | None | N | W | | | | | |
| 43. ▓ House/Lot Clarendon County, .SC | | None | N | W | | | | | |
| 44. ▓ Office Building, Orangeburg, SC | E | Rent | M | W | | | | | |
| 45. ▓▓▓▓▓ | | | | | | | | | |
| 46. ▓ Abbott Laboratories ▓▓ | A | Dividend | K | T | Buy ▓ | 11/21 | K | | |
| 47. ▓ American Express Co. ▓▓ | A | Dividend | K | T | Buy ▓ | 11/21 | K | | |
| 48. ▓ Arthur J. Gallagher ▓▓ | A | Dividend | K | T | | | | | |
| 49. ▓ Automatic Data Processing, Inc. ▓▓ | A | Dividend | K | T | | | | | |
| 50. ▓ Charleston County Hospital FacsRev Mun Bd 7% ▓ | A | Interest | J | T | | | | | |
| 51. ▓ Cisco Sys Inc. ▓▓ | | None | K | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| Q =Appraisal | V =Other | S =Assessment | | |
| U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Darlington County INDL Rev Sonoco 6.125 | B | Interest | K | T | | | | | |
| 53. Darlington County INDL Dev 6.0 | B | Interest | K | T | | | | | |
| 54. Duke Energy Corp | A | Dividend | J | T | Merger | 4/03 | | | See Section VIII C |
| 55. Franklin Res Inc. | A | Dividend | J | T | Buy | 11/21 | J | A | |
| 56. Grand Strand Water & Sewer 5.0 | A | Dividend | K | T | | | | | |
| 57. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 58. KOS Pharmaceuticals Inc. | | None | • | | Tendered | 12/14 | K | C | See Section VIII (E) |
| 59. Landstar Systems Inc. | A | Dividend | K | T | | | | | |
| 60. Legg Mason | A | Dividend | K | T | Buy | 7/28 | K | | |
| 61. Merrill Lynch | A | Dividend | L | T | | | | | |
| 62. Moodys Corp. | A | Dividend | L | T | | | | | |
| 63. Nike Inc. | A | Dividend | K | T | | | | | |
| 64. Novo Nordisk A/S Fmly Novo Ind | A | Dividend | K | T | | | | | |
| 65. Orangeburg County School Dist 5 G.O. Bus 5.25 | B | Interest | K | T | | | | | |
| 66. Plum Creek Timber Co. Inc. | A | Dividend | K | T | | | | | |
| 67. Proctor & Gamble | A | Dividend | K | T | Buy | 1/10 | J | | |
| 68. SSN Prime Fund - Cap Reserves | A | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SC St ED Ast 6% | B | Interest | K | T | | | | | |
| 70. SC Jobs Econ Dev. 5.25% | B | Interest | K | T | | | | | |
| 71. SC St. AMT HGS Fin & Dev 6.65 | A | Interest | | | Part Call | 1/03 | J | | |
| 72. | | | | | Part Call | 7/03 | J | | |
| 73. SC St. AMT HSG Fin & Dev 5.8 | A | Interest | J | T | | | | | |
| 74. SC ST G.O. STR Hwy-Ser A 4.6 | B | Interest | K | T | | | | | |
| 75. Select Bank Mich 3.7% CD | B | None | | | Redeemed | 2/10 | L | | |
| 76. Spartanburg CO Htlh SVC 5.6 | B | Interest | K | T | | | | | |
| 77. Sprint Nextel Corp Fon SHS | A | Dividend | K | T | | | | | |
| 78. State Street Corp (275) | A | Dividend | K | T | | | | | |
| 79. T Rowe Price Group Inc. | A | Dividend | L | T | Distribution | 6/26 | J | | See Section VIII (F) |
| 80. XMSatellite Radio Hldgs | | None | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. Charleston Care Alliance (25K) 5.0 | B | Interest | K | T | | | | | |
| 83. Charleston County SC U/T reg DTD 5/1/94 5.9 | A | Interest | | | Full Call | 6/01 | K | | |
| 84. Charleston, SC Waterworks Swr 4.750 | A | Interest | K | T | | | | | |
| 85. Charleston Water Works & Sewer | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.250 | | | | | | | | | |
| 86. Darlington County AMT IDR Sonoco 6.125 | A | Interest | K | T | | | | | |
| 87. Darlington County IDR-AMT 6.0 | B | Interest | K | T | | | | | |
| 88. Darlington County Water & Sewer 5.0 | A | Interest | J | T | | | | | |
| 89. Florence County Hospital RV Rfdg 4.9 | B | Interest | L | T | | | | | |
| 90. Greenville, SC Hosp (30K) 5.75 | A | Interest | | | Full Call | 5/01 | K | | |
| 91. Greenville, SC Hosp Sym Brd 5.75 | A | Interest | | | Full Call | 5/01 | K | | |
| 92. Greenville, SC Mem Aud (25K) 4.75 | B | Interest | K | T | | | | | |
| 93. Greenville, SC PRKG FACL REV 4.0 | A | Interest | K | T | | | | | |
| 94. Greer Combined Utilty System 4.9 | B | Interest | K | T | | | | | |
| 95. Horry Cnty SC Arpt Rev Rfdg 5.375 | B | Interest | K | T | | | | | |
| 96. Lexington County Health Services Hosp 4.375 | A | Interest | K | T | | | | | |
| 97. Med USC Hospital 5.6 | A | Interest | J | T | | | | | |
| 98. Myrtle Beach G/O 4.75 | B | Interest | K | T | | | | | |
| 99. Citibank NA Bank Deposit Program | B | Interest | K | T | | | | | |
| 100. SC Jobs Econ Dev. 5.5 | B | Interest | K | T | | | | | |
| 101. SC St. 6.0 AMT ED | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SC St. Amt. HSG Fin & Dev 6.650 tg Rev Ser A | A | Interest | J | T | | | | | |
| 103. SC Amt Hsg & Fin 5.3 | A | Interest | K | T | | | | | |
| 104. SC St. Amt HSG FN 5.4 | B | Interest | K | T | Part Call | 1/3 | J | | |
| 105. SC St. Amt. HSG Fin 4.9 | A | Interest | K | T | | | | | |
| 106. SC ST CAP IMPT BDS Ser A 4.75 | B | Interest | K | T | | | | | |
| 107. SC St G/O Hwy 5.625 | B | Interest | | | Full Call | 7/01 | K | A | |
| 108. SC Ports Authority Rev 5.375 | B | Interest | K | T | | | | | |
| 109. SC St. Pub. Service Authority Santee 5.625 (25K) | B | Interest | K | T | | | | | |
| 110. Service Merchandise Inc SR Sub Deb DTD | | Debs Escrow | J | T | Merger | 8/21 | J | | |
| 111. Spartanburg County Health SVC 5.6 | B | Interest | K | T | | | | | |
| 112. Spartanburg County Health Services 5.5 ( | A | Interest | J | T | | | | | |
| 113. University of SC Univ Revs Ser A 5.5 | B | Interest | K | T | | | | | |
| 114. | | | | | | | | | |
| 115. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 116. Advent Software Inc | | None | J | T | | | | | |
| 117. Agilent Technologies Inc. ( | | None | J | T | Sold | 8/25 | J | A | |
| 118. Alcoa, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. BP PLC SPONS ADR | A | Dividend | | | Sold | 5/04 | J | A | |
| 137. | | | | | Sold | 7/26 | J | A | |
| 138. Broadcom Corp CL A | | None | J | T | Buy | 7/13 | J | | |
| 139. | | | | T | Buy | 7/21 | J | | |
| 140. | | | | T | Buy | 8/18 | J | | |
| 141. Cablevision NY Group CLA | | None | J | T | | | | | |
| 142. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 143. CCE Spinco Inc ( | | None | | | Sold | 1/12 | J | | See Section VIII (H) |
| 144. Chevron Corp | A | Dividend | J | T | | | | | |
| 145. Chiron Corp Delaware | | None | | T | Merger | 4/26 | J | | See Section VIII (I) |
| 146. Chubb Corp. | A | Dividend | J | T | Stock Split | 4/19 | J | | See Section VIII (J) |
| 147. Cisco Systems | | None | J | T | Buy | 7/24 | J | | |
| 148. Clear Channel Communications (Was | | None | | | Sold | 5/03 | J | | |
| 149. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 150. Comcast Corp CLA | | None | J | T | | | | | |
| 151. Comcast Corp CLA SPL | | None | J | T | | | | | |
| 152. Cree Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Amazon Com, Inc. | | None | J | T | Buy | 9/26 | J | | |
| 120. AmBac Financial Group | A | Dividend | | | Sold | 4/24 | J | A | |
| 121. AMGEN Inc. | | None | J | T | Buy | 5/26 | J | | |
| 122. American Express | A | Dividend | J | T | | | | | |
| 123. American International Group, Inc. | A | Dividend | J | T | | | | | |
| 124. Ameriprise Financial Inc. | A | Dividend | | | Sold | 6/23 | J | A | |
| 125. Anadarko Petroleum Corp | A | Dividend | J | T | Stock Split | 5/30 | J | | See Section VIII - (G) |
| 126. | | | | T | Buy | 9/25 | J | | |
| 127. | | | | T | Buy | 12/26 | J | | |
| 128. Applied Materials Inc. Delaware | A | Dividend | J | T | Buy | 11/03 | J | | |
| 129. Autodesk | B | Dividend | J | T | | | | | |
| 130. Bank of America Corp | A | Dividend | J | T | Buy | 2/06 | J | | |
| 131. Baker Hughes | A | Dividend | J | T | | | | | |
| 132. Bed, Bath & Beyond | | None | J | T | | | | | |
| 133. Berkshire Hathaway Inc. Class B | | None | J | T | | | | | |
| 134. Biogen Idec Inc. | | None | J | T | | | | | |
| 135. Boeing Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ⬛ Dell Inc. ⬛ | | None | J | T | Buy⬛ | 9/12 | J | | |
| 154. ⬛ Discovery Holding Co. CL A ⬛ | | None | J | T | | | | | |
| 155. ⬛ Dow Chemical⬛ | A | Dividend | J | T | | | | | |
| 156. ⬛ Dreyfus Liquid Assets Inc. | A | Dividend | J | T | | | | | See Section VIII (B) |
| 157. ⬛ Ebay Inc. ⬛ | | None | J | T | Buy⬛ | 5/05 | J | | |
| 158. | | | | T | Buy⬛ | 5/26 | J | | |
| 159. | | | | T | Buy⬛ | 6/15 | J | | |
| 160. ⬛ EI Du Pont De Nemours & Co (Now | A | Dividend | J | T | Buy⬛ | 8/15 | J | | |
| 161. ⬛ Electronic Arts ⬛ | | None | J | T | Buy⬛ | 2/28 | J | | |
| 162. ⬛ Eli lilly & Co. ⬛ | A | Dividend | J | T | Buy⬛ | 4/21 | J | | |
| 163. ⬛ Emerson Electric Co. ⬛ | A | Dividend | J | T | Stock Split | 12/12 | J | | See Section VIII (K) |
| 164. ⬛ Englehard Corp ⬛ | A | Dividend | | | Sold⬛ | 1/03 | J | A | |
| 165. | | | | | Sold 42 | 1/04 | J | A | |
| 166. | | | | | Sold 4 | 1/05 | J | A | |
| 167. ⬛ Expedia Inc ⬛ | | None | J | T | Buy⬛ | 10/31 | J | | |
| 168. ⬛ Exxon Mobile Corp. ⬛ | A | Dividend | J | T | Sold⬛ | 5/04 | J | A | |
| 169. ⬛ Forest Laboratories Inc.⬛ | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Franklin Resources Inc. | A | Dividend | J | T | Buy | 6/26 | J | | |
| 171. Genentech Inc. | | None | J | T | | | | | |
| 172. General Electric Co. | A | Dividend | J | T | | | | | |
| 173. Genzyme Corp General Division | | None | J | T | | | | | |
| 174. Glaxosmithkline PLC SP ADR | A | Dividend | J | T | | | | | |
| 175. Global SanteFe Corp | A | Dividend | J | T | Sold | 5/04 | J | B | |
| 176. Hasbro Inc. | | None | | | Sold | 6/21 | J | A | |
| 177. | | | | | Sold | 9/11 | J | B | |
| 178. Home Depot Inc. | A | Dividend | J | T | Buy | 5/11 | J | | |
| 179. Honeywell Intl, Inc | A | Dividend | J | T | | | | | |
| 180. IDEARC Inc. | | None | J | T | Spin off | 11/20 | J | | See Section VIII (L) |
| 181. | | | | T | Cash in lieu | 11/29 | J | | |
| 182. Imclone Sys Inc | | None | J | T | | | | | |
| 183. Intel Corp | A | Dividend | J | T | | | | | |
| 184. IAC Interactive Corp | | None | J | T | | | | | |
| 185. International Business Machines Corp | A | Dividend | J | T | Buy | 6/09 | J | | |
| 186. Interpublic Group of Cos Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 5/31 | J | | |
| 188. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 189. Kimberly Clark Corp | A | Dividend | J | T | Buy | 3/28 | J | | |
| 190. Kraft Foods Inc. Class A | A | Dividend | | | Buy | 5/09 | J | | |
| 191. | | | | | Sold | 10/20 | J | A | |
| 192. L3 Communication Holdings Inc. | A | Dividend | J | T | | | | | |
| 193. Lehman Brothers Holdings Inc. (Now | A | Dividend | J | T | Stock Split | 5/01 | | | See Section VIII (M) |
| 194. Lexmark Intl group Inc. CL A (Was | | None | | | Buy | 5/10 | J | | |
| 195. | | | | | Sold | 12/15 | J | A | |
| 196. Liberty Global Inc.Class A | | None | J | T | Tender | 6/21 | J | | See Section VIII (TT) |
| 197. Liberty Global Inc. Ser C | | None | J | T | Tender | 6/21 | J | | See Section VIII (TT) |
| 198. Liberty Media Corp. A | | None | | | Merger | 5/11 | J | | See Sect VIII (TT/UU) |
| 199. Liberty Media HLDG Corp Interactive SER A | | None | J | T | | | | | See section VIII (TT) |
| 200. Liberty Media HLDG CAP SER A | | None | J | T | | | | | See Section VIII (TT) |
| 201. Live Nation | | None | | | Sold | 1/12 | J | | |
| 202. Lucent Technologies Inc. | | None | | | Sold | 3/24 | J | | |
| 203. | | | | | Sold | 3/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. Mattel Inc. DE | A | Dividend | | | Sold | 1/18 | J | | |
| 205. | | | | | Sold | 1/23 | J | | |
| 206. | | | | | Sold | 1/30 | J | | |
| 207. MBNA Corp | A | Dividend | | T | Merger | 1/03 | J | | See Section VIII (N) |
| 208. | | | | T | Cash in Lieu | 1/03 | J | A | |
| 209. MGIC Invt Corp WIS | A | Dividend | J | T | | | | | |
| 210. Merrill Lynch & Co. Inc. | A | Dividend | J | T | Buy | 1/17 | J | | |
| 211. Micron Technology | | None | J | T | | | | | |
| 212. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 213. Millennium Pharmaceuticals Inc. | | None | J | T | | | | | |
| 214. Motorola Inc. DE | A | Dividend | J | T | | | | | |
| 215. Murphy Oil Corp | A | Dividend | J | T | Sold | 5/05 | J | A | |
| 216. News Corp Class B New | A | Dividend | J | T | Buy | 1/12 | J | | |
| 217. Nokia Copr Sponsored ADR | A | Dividend | J | T | | | | | |
| 218. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 219. Novellus Sys Inc. | A | Dividend | J | T | Buy | 1/17 | J | | |
| 220. Pall Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Pearson PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 222. Pepisco Inc. | A | Dividend | J | T | | | | | |
| 223. Pfizer Inc | A | Dividend | J | T | | | | | |
| 224. PMI Group Inc. | A | Dividend | J | T | | | | | |
| 225. Proctor & Gamble | A | Dividend | J | T | Sold | 3/27 | J | B | |
| 226. Raytheon Company New | A | Dividend | J | T | | | | | |
| 227. Safeway Inc. New | A | Dividend | J | T | Sold | 12/19 | J | A | |
| 228. Sandisk Corp | | None | J | T | | | | | |
| 229. Simpson MFG CO INC | A | Dividend | J | T | Buy | 12/01 | J | | |
| 230. Smurfit Stone Container Corp | | None | | | Sold | 3/15 | J | A | |
| 231. Southwest Airlines Co. | A | Dividend | | | Sold | 9/07 | J | A | |
| 232. State Street Corp | A | Dividend | J | T | | | | | |
| 233. Taiwan Semiconductor Mfg Co. LTD ADR | A | Dividend | J | T | Dividend | 6/20 | J | | See Section VIII (O) |
| 234. | | | | T | Cash in lieu | 7/31 | J | | |
| 235. Texas Instruments Inc. | A | Dividend | J | T | Sold | 8/25 | J | A | |
| 236. Time Warner | A | Dividend | J | T | | | | | |
| 237. Tyco Intl Ltd New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Unilever PLC SPONS ADR New ( | A | Dividend | J | T | Stock Split | 5/25 | | | See Section VIII (P) |
| 239. United Health Group Inc. | A | Dividend | J | T | | | | | |
| 240. Verigy LTD | | None | J | T | Buy | 11/01 | J | | See Section VIII-(Q) |
| 241. | | | | T | Spinoff | 11/01 | J | | |
| 242. | | | | T | Buy | 11/02 | J | | |
| 243. | | | | T | Buy | 11/03 | J | | |
| 244. | | | | T | Cash in lieu | 11/08 | J | | |
| 245. Verisign Inc. | | None | J | T | Buy | 5/30 | J | | |
| 246. | | | | T | Buy | 8/09 | J | | |
| 247. Verizon Communications | A | Dividend | J | T | | | | | |
| 248. Vodafone Group PLC ADR | A | Interest/Div | J | T | Merger | 7/31 | J | | See Section VIII -R |
| 249. | | | | | Cash in Lieu | 7/31 | J | A | |
| 250. | | | | | Tender | 8/16 | J | | |
| 251. Walmart Stores, Inc. | A | Dividend | J | T | Buy | 11/02 | J | | |
| 252. Walt Disney Co. | A | Dividend | J | T | Buy | 1/05 | J | | |
| 253. | | | | T | Sold | 3/28 | J | A | |
| 254. Weatherford International LTD New ( | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (Bermuda) | | | | | | | | | |
| 255. Weyerhauser Co. | A | Dividend | J | T | | | | | |
| 256. Williams Cos Inc. ( ) | A | Dividend | J | T | Sold | 5/04 | J | A | |
| 257. | | | | T | Sold | 5/05 | J | A | |
| 258. Wyeth | A | Dividend | J | T | Sold | 11/29 | J | A | |
| 259. Wm Wrigley Jr. Co. | A | Dividend | J | T | Spin Off | 4/12 | J | | See Section VIII - (S) |
| 260. | | | | | Tender | 5/09 | J | | |
| 261. Yahoo Inc | | None | J | T | Buy | 3/28 | J | | |
| 262. | | | | T | Buy | 9/20 | J | | |
| 263. | | | | | | | | | |
| 264. Citibank NA Bank Deposit Program | A | Interest | K | T | | | | | |
| 265. Duke Energy Corp | C | Dividend | L | T | Merger | 4/03 | L | | See Section VIII C |
| 266. Featherlite, Inc ( | | None | | | Sold | 9/18 | K | D | |
| 267. One Travel Holdings Inc. | | None | J | T | | | | | |
| 268. SCBT Financial Corp dividends B | B | Dividend | J | T | Sold | 8/30 | L | F | |
| 269. | | | | | | | | | |
| 270. American Capitol Income Builder | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | |
| 271. ▮American Capitol World Growth & Inc. ▮ | A | Dividend | K | T | Buy▮ | 11/03 | K | | |
| 272. ▮American Investment Co of America CLA▮ | A | Dividend | K | T | | | | | |
| 273. ▮American Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 274. ▮American New Perspective Class A | A | Dividend | K | T | | | | | |
| 275. ▮Birmingham Steel▮ | | None | * | T | | | | | See Section VIII (MM) |
| 276. ▮Featherlite Inc. (▮ | | None | | | Merger | 10/30 | J | D | See Section VIII (T) |
| 277. ▮IDEARC Inc▮ | | None | J | T | Spinoff | 11/20 | J | | See Section VIII (U) |
| 278. | | | | T | Cash in lieu | 11/29 | J | | |
| 279. ▮Revlon Consumer Prod Corp 8.625▮ | A | Interest | J | T | Part Call▮ | 4/21 | J | C | |
| 280. ▮Prime Fund Cap Reserves Class | A | Div/Interest | J | T | | | | | |
| 281. ▮Verizon Communications▮ | A | Dividend | J | T | | | | | |
| 282. ▮Vodafone ▮ | A | Dividend | J | T | Merger▮ | 7/31 | J | | See Section VIII (V) |
| 283. ▮ | | | | | | | | | See Section VIII (PP) |
| 284. ▮ | | | | | | | | | |
| 285. ▮AMCAP Fund Class A▮ | A | Div/Reinvst | K | T | | | | | |
| 286. ▮Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. Investment Company of America Fd Class A ( | B | Div/Reinvst | K | T | | | | | |
| 288. New Perspective Fund Class A | A | Div/Reinvst | J | T | | | | | |
| 289. Smallcap World Fund Class A | B | Div/Reinvst | K | T | | | | | |
| 290. (DCD) South Carolina Bank & Trust Savings | A | Interest | J | T | | | | | |
| 291. | | | | | | | | | See Section VIII (QQ) |
| 292. Capitol World Growth And Income Fund-A | | None | J | T | Buy | 12/29 | J | | |
| 293. The Growth Fund of America-A | B | Interest | K | T | | | | | |
| 294. The Investment Company of America-A | B | Interest | K | T | | | | | |
| 295. New Perspective Fund - A | C | Interest | K | T | | | | | |
| 296. | | | | | | | | | See Section VIII (QQ) |
| 297. Capitol World Growth and Income Fund -A | | None | J | T | Buy | 12/29 | J | | |
| 298. The Growth Fund of America -A | A | Interest | | T | | | | | |
| 299. The Investment Company of America -A | A | Interest | | T | | | | | |
| 300. New Perspective Fund-A | A | Interest | | T | | | | | |
| 301. | | | | | | | | | |
| 302. House, Richland County, SC | | | | W | Buy | 7/17 | N | | |
| 303. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. CB&T Cust Simple IRA American Funds | D | Dividends | M | T | | | | | |
| 305. | | | | | | | | | |
| 306. Abbott Laboratories | B | Dividend | L | T | | | | | |
| 307. American Express Co. | A | Dividend | L | T | | | | | |
| 308. Ameriprise Finl Inc. Com | A | Dividend | | | Sold | 12/14 | J | C | |
| 309. Arthur J. Gallagher & Co. | C | Dividend | L | T | | | | | |
| 310. Astrazeneca PLC Spon ADR | A | Dividend | K | T | | | | | |
| 311. Automatic Data Processing Inc | B | Dividend | L | T | | | | | |
| 312. Avis Budget Group Inc Common (Was | | None | | | Rev Split | 9/05 | J | C | See Section VIII (W) |
| 313. | | | | | Sold | 12/14 | J | | |
| 314. Bank of America Corp. | C | Dividend | L | T | | | | | |
| 315. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 316. Cendent Corp | A | Dividend | | T | Distribution | 8/01 | J | | |
| 317. | | | | T | Distribution | 8/01 | J | | |
| 318. | | | | T | Rev split | 9/05 | J | | See Section VIII (W) |
| 319. Chevron Corp New | B | Dividend | L | T | | | | | |
| 320. Cisco Sys Inc | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 321. Cit Group New Com | A | Dividend | K | T | | | | | |
| 322. Citigroup Inc. | C | Dividend | L | T | | | | | |
| 323. Conocophillips | B | Dividend | L | T | Buy | 12/29 | K | | |
| 324. Discovery Holding Co. CLA (Was | | None | | | Sold | 4/04 | J | A | |
| 325. Embarq Corp Com | A | Dividend | | | Spinoff | 5/18 | J | | See Section VIII (D) |
| 326. | | | | | Cash in lieu | 5/23 | J | | |
| 327. | | | | | Sold | 11/21 | J | A | |
| 328. Exxon Mobil Corp | B | Dividend | M | T | | | | | |
| 329. Franklin Res Inc | A | Dividend | L | T | Buy | 4/07 | K | | |
| 330. | | | | T | Buy | 9/13 | K | | |
| 331. General Electric NFS | A | Dividend | | | Sold | 4/04 | J | B | |
| 332. Hanesbrands Inc | | None | | | Distribution | 9/06 | J | B | See Section VIII (X) |
| 333. | | | | | Sold | 12/14 | J | | |
| 334. Hospira Inc. | | None | | | Sold | 4/04 | J | | |
| 335. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 336. KOS Pharmaceuticals Inc. | | None | | | Tendered | 12/14 | L | A | See Section VIII (Y) |
| 337. Landstar Systems Inc | A | Dividend | K | T | Buy | 12/26 | K | A | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes:               J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes         P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000
   (See Column C2)             Q =Appraisal              V =Other                    S =Assessment              T =Cash Market
                               U =Book Value                                         W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. Liberty Media Corp New Com See A | | None | K | T | Merger | 5/11 | J | | See Section VIII (TT) |
| 339. Liberty Media Hldg Corp CAP Com | | None | J | T | | | | | See Section VIII (TT) |
| 340. Liberty Media Hldg Corp Interactive Com Ser A | | None | J | T | | | | | See Section VIII (TT) |
| 341. Liberty Global Inc. Ser A | | None | | | Sold | 4/04 | J | A | See Section VIII (TT) |
| 342. | | | | | Merger | 5/11 | J | | See Section VIII (TT) |
| 343. Liberty Global Inc. Com Ser C (Was | | None | | | Sold | 4/04 | J | | See Section VIII (TT) |
| 344. Lilly Eli & Co. | B | Dividend | K | T | | | | | |
| 345. Moodys Corp ( | A | Dividend | M | T | | | | | |
| 346. Novo Nordisk A/S ADR | A | Dividend | L | T | | | | | |
| 347. Plum Creek Timber Co. Inc | B | Dividend | K | T | | | | | |
| 348. Proctor & Gamble Co. (Now | A | Dividend | K | T | Buy | 1/10 | J | | |
| 349. | | | | T | Buy | 9/13 | K | | |
| 350. Prudential Fin Inc. | A | Dividend | | | Sold | 12/31 | L | | |
| 351. Realogy Corp Com | | None | | | Spin off | 8/01 | J | A | See Section VIII (Z) |
| 352. | | | | | Sold | 12/14 | K | | |
| 353. Sara Lee Corp | A | Dividend | K | T | | | | | |
| 354. SLM Corp Com | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. Sprint Nextel | A | Dividend | K | T | | | | | |
| 356. State Street Corp | A | Dividend | L | T | | | | | |
| 357. T Rowe Price Group Inc | B | Dividend | M | T | Stock Split | 6/26 | J | | See Section VIII (AA) |
| 358. Treas Fund - Cap Reserves | A | Dividend | L | T | | | | | |
| 359. Universal Health Rlty Income TR SBI | B | Dividend | K | T | | | | | |
| 360. Vodafone Group PLC New Spons ( | B | Dividend | K | T | Merger | 7/31 | J | | See Section VIII (BB) |
| 361. | | | | T | Cash in lieu | 8/04 | J | | |
| 362. Wyndham Worldwide Corp Com (Was | | None | | | Spin Off | 8/01 | J | | See Section VIII (CC) |
| 363. | | | | | Sold | 12/14 | K | | |
| 364. York County Sch Dist No. 4 5.7 | B | Interest | K | T | | | | | |
| 365. | | | | | | | | | |
| 366. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 367. Advent Software Inc | | None | J | T | | | | | |
| 368. Agilent Technologies Inc | | None | J | T | Sold | 8/25 | J | A | |
| 369. Albertsons Inc Delaware | A | Dividend | | | Sold | 3/03 | J | B | |
| 370. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 371. Amazon Com Inc. | | None | J | T | Buy | 5/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. | | | | T | Buy | 6/09 | J | | |
| 373. Ambac Finl Group Inc. | A | Dividend | | | Sold | 4/24 | J | A | |
| 374. American Express Co. | A | Dividend | J | T | Buy | 6/12 | J | | |
| 375. American Intl Group Inc. | A | Dividend | K | T | | | | | |
| 376. Ameriprise Financial Inc ( | A | Dividend | | | Sold | 6/23 | J | A | |
| 377. Amgen ( | | None | K | T | Buy | 4/20 | J | | |
| 378. | | | | T | Buy | 5/26 | J | | |
| 379. Anadarko Petroleum Corp | A | Dividend | K | T | Stock Split | 5/30 | J | | See Section VIII (DD) |
| 380. | | | | T | Buy | 6/15 | J | | |
| 381. | | | | T | Buy | 12/26 | J | | |
| 382. Applied Materials Inc. Delaware (Now | A | Dividend | J | T | Buy | 11/03 | J | | |
| 383. Autodesk Inc. | | None | J | T | | | | | |
| 384. Baker Hughes | A | Dividend | J | T | Sold | 5/03 | J | B | |
| 385. Bank of America Corp | A | Dividend | J | T | Buy | 1/05 | J | | |
| 386. | | | | T | Buy | 1/10 | J | | |
| 387. Bed, Bath & Beyond | | None | J | T | | | | | |
| 388. Berkshire Hathaway Inc. Class B | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 389. Biogen Idec Inc. | | None | K | T | | | | | |
| 390. Boeing Co. | A | Dividend | J | T | | | | | |
| 391. BP PLC Spons ADR | A | Dividend | | | Buy | 3/01 | J | | |
| 392. | | | | | Sold | 5/04 | J | A | |
| 393. | | | | | Sold | 7/26 | J | A | |
| 394. Broadcom Corp Cl A | | None | J | T | Buy | 7/13 | J | | |
| 395. Cablevision NY group CLA | | None | J | T | | | | | |
| 396. Caterpillar Inc. | A | Dividend | J | T | Buy | 9/20 | J | | |
| 397. | | | | T | Buy | 10/23 | J | | |
| 398. CCE Spinco Inc. | | None | | | Sold | 1/12 | J | | See Section VIII (H) |
| 399. Charming Shoppes Inc | | None | J | T | | | | | |
| 400. Chevron Corp | A | Dividend | J | T | | | | | |
| 401. Chiron Corp Delaware (W | | None | | | Merger | 4/21 | J | A | See Section VIII (I) |
| 402. Chubb Corp. | A | Dividend | J | T | Stock Split | 4/19 | J | | See Section VIII (EE) |
| 403. | | | | T | Buy | 6/02 | J | | |
| 404. Csico Sys Inc | | None | K | T | | | | | |
| 405. Clear Channel Communications (Was | A | Dividend | | | Buy | 1/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▬ | | | | | | | | | |
| 406. | | | | | Buy | 3/01 | J | | |
| 407. | | | | | Sold | 5/03 | J | A | |
| 408. Coca Cola Co | A | Dividend | K | T | | | | | |
| 409. Comcast Corp CL A SPL | | None | K | T | | | | | |
| 410. Cree Inc. | | None | J | T | Buy | 6/01 | J | | |
| 411. Dell Inc. | | None | J | T | Buy | 9/12 | J | | |
| 412. Discovery Holding Co. CL. A | | None | J | T | | | | | |
| 413. Walt Disney Co | A | Dividend | K | T | Buy | 1/05 | J | | |
| 414. | | | | | Sold | 3/28 | J | A | |
| 415. Dow Chemical Co. | A | Dividend | J | T | | | | | |
| 416. Ebay Inc. | | None | J | T | Buy | 5/05 | J | | |
| 417. | | | | T | Buy | 5/26 | J | | |
| 418. EI Du Pont De Nemours & Co. (Now | A | Dividend | J | T | Buy | 8/15 | J | | |
| 419. Electronic Arts | | None | J | T | Buy | 3/10 | J | | |
| 420. | | | | T | Buy | 6/09 | J | | |
| 421. Eli Lilly & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 422. Emerson Electric Co. | A | Dividend | J | T | Stock Split | 12/12 | J | | See Section VIII (FF) |
| 423. Engelhard Corp | | None | | | Sold | 1/03 | J | A | |
| 424. | | | | | Sold | 1/04 | J | A | |
| 425. | | | | | Sold | 1/05 | J | A | |
| 426. Expedia Inc | | None | J | T | Buy | 6/08 | J | | |
| 427. Exxon Mobile Corp. | A | Dividend | K | T | | | | | |
| 428. Forest Laboratories Inc. | | None | J | T | | | | | |
| 429. Franklin Resources Inc | A | Dividend | J | T | Buy | 6/22 | J | | |
| 430. Gap Inc Delaware | A | None | J | T | Buy | 10/06 | J | | |
| 431. | | | | T | Buy | 10/17 | J | | |
| 432. | | | | T | Buy | 11/09 | J | | |
| 433. General Electric Co. | A | Dividend | K | T | Buy | 11/21 | J | | |
| 434. Genetech Inc | | None | J | T | | | | | |
| 435. Genzyme Corp General Division ( | | None | J | T | | | | | |
| 436. Glaxosmithkline PLC SP ADR | A | Dividend | J | T | | | | | |
| 437. Global Santafe Corp. | A | Dividend | J | T | | | | | |
| 438. Goldman Sachs Group Inc | A | Dividend | | | Buy | 5/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 439. | | | | | Sold | 8/25 | J | | |
| 440. Grant Prideco Inc. | | None | J | T | Buy | 2/27 | J | | |
| 441. Hasbro Inc. | A | Dividend | | | Sold | 6/29 | J | | |
| 442. | | | | | Sold | 9/11 | J | A | |
| 443. Home Depot Inc. | A | Dividend | K | T | Buy | 6/15 | J | | |
| 444. Honeywell Intl Inc. | A | Dividend | J | T | | | | | |
| 445. IAC Interactive Corp New | | None | J | T | | | | | |
| 446. IDEARC Inc. | | None | J | T | Spinoff | 11/20 | J | A | See Section VIII (GG) |
| 447. | | | | T | Cash in lieu | 11/29 | J | A | |
| 448. Imclone Sys Inc. | | None | J | T | | | | | |
| 449. Intel Corp. | A | Dividend | J | T | | | | | |
| 450. International Business Machines Corp | A | Dividend | J | T | Buy | 6/08 | J | | |
| 451. Interpublic group of Cos Inc. | | None | J | T | Buy | 6/14 | J | | |
| 452. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 453. Johnson & Johnson | A | Dividend | K | T | Buy | 5/17 | J | | |
| 454. Kimberly Clark Corp | A | Dividend | J | T | Buy | 2/28 | J | | |
| 455. Kraft Foods Inc. Class A | A | Dividend | | | Buy | 1/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 456. | | | | | Sold 250 | 10/20 | J | A | |
| 457. ▮ 3 Communications Hldgs Inc ▮ | A | Dividend | J | T | | | | | |
| 458. ▮ear Corp ▮ | A | Dividend | | | Buy ▮ | 1/26 | J | | |
| 459. | | | | | Buy ▮ | 2/16 | J | | |
| 460. | | | | | Sold ▮ | 4/06 | J | | |
| 461. ▮ehman Brothers Holdings Inc. ▮ | A | Dividend | K | T | | | | | |
| 462. ▮Lexmark Intl Group Inc Cl A ▮ | | None | | | Buy ▮ | 5/10 | J | B | |
| 463. | | | | | Sold ▮ | 12/13 | J | B | |
| 464. ▮Liberty Global Inc. Ser C ▮ | | None | J | T | Tender ▮ | 6/21 | J | A | See Section VIII (TT) |
| 465. ▮iberty Media Holding Corp Cap Series A ▮ | | None | J | T | | | | | See Section VIII (TT) |
| 466. ▮Liberty Media HLDG Corp A Interactive ▮ | | None | J | T | | | | | See Section VIII (TT) |
| 467. ▮iberty Global Intl Inc. Class A ▮ | | None | J | T | Tender ▮ | 6/21 | J | A | See Section VIII (TT) |
| 468. ▮ucent Technologies Inc. ▮ | | None | | | Sold ▮ | 3/24 | J | | |
| 469. | | | | | Sold ▮ | 3/27 | J | | |
| 470. ▮Mattel Inc. DE ▮ | | None | | | Sold ▮ | 1/18 | J | | |
| 471. | | | | | Sold ▮ | 1/23 | J | | |
| 472. | | | | | Sold ▮ | 1/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 473. Maxtor Corp (New) | | None | | | Buy | 2/28 | J | | See Section VIII (HH) |
| 474. | | | | | Merger | 5/22 | J | | |
| 475. MBNA Corp | | None | | | Merger | 1/03 | J | A | See Section VIII (N) |
| 476. | | | | | Cash in lieu | 1/03 | J | A | |
| 477. McDonalds | | None | | | Sold | 7/25 | J | A | |
| 478. Merrill Lynch & Co. | A | Dividend | K | T | | | | | |
| 479. Micromuse Inc. | | None | | | Sold | 1/06 | J | C | |
| 480. Micron Technology, Inc. | | None | J | T | | | | | |
| 481. Microsoft Corp | A | Dividend | K | T | Buy | 5/02 | J | | |
| 482. Millennium Pharmaceuticals Inc. ( | | None | J | T | | | | | |
| 483. MGIC Invt Corp Wis | A | Dividend | J | T | Buy | 3/28 | J | | |
| 484. Molson Coors Brewing Co CL B | A | Dividend | J | T | | | | | |
| 485. Motorola Inc. DE | A | Dividend | J | T | Buy | 6/15 | J | | |
| 486. Murphy Oil Corp | A | Dividend | J | T | Sold | 5/05 | J | A | |
| 487. News Corp Class B New | A | Dividend | K | T | Buy | 1/09 | J | | |
| 488. Nokia Corp Sponsored ADR | A | Dividend | J | T | | | | | |
| 489. Novartis AG ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 490. Novellus Sys Inc. | | None | J | T | Buy | 1/13 | J | | |
| 491. PMI Group Inc. | A | Dividend | J | T | | | | | |
| 492. Pall Corp | A | Dividend | J | T | | | | | |
| 493. Pearson PLC Sponsored ADR (Now | A | Dividend | J | T | Buy | 6/06 | J | | |
| 494. PepsiCo Inc. | A | Dividend | K | T | | | | | |
| 495. Pfizer Inc | A | Dividend | K | T | | | | | |
| 496. Proctor & Gamble Co | A | Dividend | K | T | | | | | |
| 497. Raytheon Company New | A | Dividend | J | T | Buy | 6/15 | J | | |
| 498. Safeway Inc. New | A | Dividend | J | T | Sold | 12/19 | J | A | |
| 499. Sandisk Corp. | | None | J | T | | | | | |
| 500. Seagate Technologies | A | Dividend | J | T | Buy | 2/28 | J | | |
| 501. | | | | T | Buy | 5/22 | J | | |
| 502. Simpson Mfg Co Inc. | | None | J | T | Buy | 11/02 | J | | |
| 503. Smurfit Stone Container Corp (Was | | None | | | Sold | 3/15 | J | A | |
| 504. Southwest Airlines Co. | A | Dividend | | | Sold | 9/07 | J | A | |
| 505. State Street Corp | A | Dividend | J | T | | | | | |
| 506. Taiwan Semiconducto Mfg Co. Ltd | A | Dividend | J | T | Stock Div | 6/20 | J | A | See Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ADR ▓▓▓▓ | | | | | | | | | (II) |
| 507. | | | | T | Cash in Lieu | 7/19 | J | | |
| 508. | | | | T | Buy▓▓ | 11/10 | J | | |
| 509. ▓▓ Texas Instruments Inc.▓▓ | A | Dividend | K | T | | | | | |
| 510. ▓▓ Time Warner ▓▓ | A | Dividend | K | T | | | | | |
| 511. ▓▓ Tyco Intl LTD New ▓▓ | A | Dividend | K | T | | | | | |
| 512. ▓▓ Unilever PLC SPONS ADR New | A | Dividend | J | T | Buy▓▓ | 3/17 | J | | |
| 513. | | | | T | Stock Split | 5/25 | J | | See Section VIII (JJ) |
| 514. ▓▓ United Health Group Inc.▓▓ | A | Dividend | K | T | | | | | |
| 515. ▓▓ Verigy LTD ▓▓ | | None | J | T | Buy▓▓ | 11/01 | J | | See Section VIII (KK) |
| 516. | | | | T | Spinoff▓▓ | 11/01 | J | | |
| 517. | | | | T | Buy▓▓ | 11/02 | J | | |
| 518. | | | | T | Buy▓▓ | 11/03 | J | | |
| 519. | | | | T | Cash in lieu | 11/08 | J | A | |
| 520. ▓▓ Verisign Inc.▓▓ | | None | J | T | Buy▓▓ | 5/30 | J | | |
| 521. | | | | T | Buy▓▓ | 8/10 | J | | |
| 522. ▓▓ Verizon Communications▓▓ | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. ▓▓ Vodafone Group PLC Spons ADR | B | Dividend | J | T | Buy ** | 1/20 | J | | **▓▓▓▓▓ |
| 524. | | | | T | Buy ** | 2/09 | J | | **▓▓▓▓ |
| 525. | | | | T | Merger | 7/31 | J | | See Section VIII (LL) |
| 526. | | | | T | Cash in lieu | 7/31 | J | | |
| 527. ▓▓ Wal-mart Stores Inc. ▓▓ | A | Dividend | J | T | Buy▓ | 11/02 | J | A | |
| 528. ▓▓ Weatherford Intl Ltd New (Bermuda) | | None | J | T | | | | | |
| 529. ▓▓ Weyerhaueser Co. ▓▓ | A | Dividend | J | T | | | | | |
| 530. ▓▓ Williams Cos Inc. ▓▓ | A | Dividend | J | T | Sold▓ | 5/04 | J | A | |
| 531. | | | | T | Sold▓ | 5/05 | J | A | |
| 532. ▓▓ Wm Wrigley Jr. Co. ▓▓ | A | Dividend | J | T | Spin off▓ | 4/12 | J | | See Scetion VIII- (SS) |
| 533. | | | | | Tender▓ | 5/09 | J | | |
| 534. ▓▓ Wyeth▓▓ | A | Dividend | J | T | | | | | |
| 535. ▓▓ SB Money Funds Port CL A | B | Dividend | K | T | | | | | |
| 536. ▓▓ Yahoo Inc. ▓▓ | | None | J | T | Buy▓ | 3/28 | J | | |
| 537. | | | | T | Buy▓ | 9/20 | J | | |
| 538. ▓▓▓▓ | | | | | | | | | |
| 539. ▓▓ SC Future Scholar 529 Plan C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WILLIAMS, KAREN J | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 540. ▇SC Future Scholar 529 Plan (D) | A | Interest | K | T | | | | | |
| 541. ▇SC Future Scholar 529 Plan (MC) | C | Interest | K | T | | | | | |
| 542. ▇SC Future Scholar 529 Plan (ML) | C | Interest | K | T | | | | | |
| 543. ▇SC Future Scholar 529 Plan (WA) | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(A) (VII- 35) For the 2006 report, I have listed all the farmland as one asset.

On my 2005 Report I listed the farmland acreage ███████ on line (36) as well as ███████ on line (37), and ███████ shown line (39). However, ███████ has recalculated and determined that the total amount of farmland acreage currently owned is ███████ Thus the ███████ also includes the 2006 purchase of ███████ acres shown on line (35) and excludes the 2006 sale of ███ acres shown on line (40) on my 2006 report.

Some portions of the total of ███████ of farmland benefit from U.S. Department of Agriculture payments for Direct and Counter Cyclical Payments of $12,359 and CRP payments of $13,130. Also timber was cut on various acreage as shown on lines (VII-36, 37, 38, & 39 of this report)

(B) (VII- 156) Dreyfus Liquid Assets Inc. is a money market fund to hold cash for short term holdings with interest in periodic automatic investments and redemptions in many funds.

(C) (VII- 54,265) Due to a merger, Duke Energy Corp's name has changed to "Duke Energy Corp (Holding Company) New". The new name for this asset will be changed on the 2007 report.

(D) (VII- 325) Embarq Corp was a spinoff on 5/18 of 123 shares from Sprint- Nextel Corp.

(E) (VII- 58) On 12/14 Abbott Laboratories made a tender offer of ███████ for KOS Pharmacauticals.

(F) (VII- 79) On 6/26 T Rowe Price made a distribution of ███████ making the total shares of this asset ███████

(G) (VII- 125) On 5/30 Anadarko Petroleum Corp stock split 2:1 on ███████

(H) (VII- 143,398) On 1/11 CCE Spinco Inc. changed its name to Live Nation Inc. Then on 1/12 the asset previously known as "CCE Spinco Inc." was sold.

(I) (VII- 145,401) On 4/26 Chiron Corp merged into Norvartis Ag ADR, therefore Chiron will not be listed on the 2007 report.

(J) (VII- 146) On 4/19 Chubb Corp stock split 2:1 on ███████

(K) (VII-163) On 12/12 Emerson Electric Co. stock split 2: 1 on ███████

(L) (VII-180) On 11/20 IDEARC Inc. was a spinoff of ███████ s of Verizon Communications and on 11/29 cash in lieu of .2500.

(M) (VII -193) On 5/01 Lehman Brothers Holdings Inc. shares split 2:1 on ███████

(N) (VII- 207,475) On 1/03 MBNA merged into Bank of America Corp on 1/03/06, therefore MBNA will not be listed separately on the 2007 report.

(O) (VII- 233) On 6/20 Taiwan Semiconductor Mfg Co. Ltd ADR stock had a reverse stock dividend of ███████ s issued on 6/22 but held by foreign governments until 7/19

(P) (VII- 238) On 5/25 Unilever PLC Spons ADR stock split of ███████ for a total of ███████

(Q) (VII- 240) Verigy LTD is a spinoff of Aligent Technologies Inc. ███ shares were purchased on 11/01, ███████ were received from a spinoff of ███████ es, ███ ███████ were purchased on 11/02, and ███████ on 11/03 for a total of ███████

(R) (VII- 248) On 7/31 Vodafone Group PLC New SPONS ADR merged with Esc Vodafone Group PL SPONS to form Vodafone Group PLC SPONS ADR NEW. In the merger ███████ of ADR Vodafone Grp were exchanged at the rate of .875 per share to become ███████ of Vodafone Group PLC New Sponsored. Although this merger was recorded on 7/31, it was not finalized until 8/17. An error in accounting on the part of the brokerage firm credited the account with an additional ███████ s at the time of the merger. To correct this error these ███████ were tendered on 8/16 leaving correct number of ███████ This asset will be listed as Vodafone Group PLC SPONS ADR NEW on the 2007 Report.

(S) (VII- 259) ███████ of Wm Wrigley Jr. Co. Class A was spun off to Class B on 4/12 with a cash value of $0 and was tendered on 5/09, thus ending with ███████.

(T) (VII- 276) On 10/30 Featherlite Inc had a cash merger and payout resulting in being a wholly-owned subsidiary of Universal Trailer Holdings Corp. Therefore this asset will not be listed on the 2007 Report.

(U) (VII- 277) On 11/20 IDEARC Inc. was a spinoff of ███████ of Verizon Communications and on 11/29 cash in lieu of .2500.

(V) (VII- 282) On 7/31 Vodafone Group PLC New SPONS ADR merged with Esc Vodafone Group PL SPONS to form Vodafone Group PLC SPONS ADR NEW. In the merger ███████ of ADR Vodafone Grp were exchanged at the rate of .875 per share to become ███████ of Vodafone Group PLC New Sponsored. Although this merger was recorded on 7/31, it was not finalized until 8/17. This asset will be listed as Vodafone Group PLC SPONS ADR NEW on the 2007 Report.

(W) (VII- 312,318) On 9/05 Cendant Corp had a 1 for 10 reverse stock split into Avis Budget Group Inc., thus ███████ of Cendant became ███████ of Avis.

(X) (VII- 332) On 9/06 Hanesbrands Inc. was a spinoff of Sara Lee Corp with a distribution of ███████

(Y) (VII- 336) On 12/14 Abbott Laboratories made a tender offer of 1250 for KOS Pharmacauticals.

(Z) (VII- 351) On 8/01 Realogy Corp Com was a spinoff of Cendant Corp. with a distribution of ███████

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(AA) (VII- 357) On 6/26 T. Rowe Price had a 2 for 1 stock split on ███████ for a total of ██████████

(BB) (VII- 360) On 7/31 Vodafone Group PLC New SPONS ADR merged with Esc Vodafone Group PL SPONS to form Vodafone Group PLC SPONS ADR NEW. In the merger ███████ of ADR Vodafone Grp were exchanged at the rate of .875 per share to become ██████ of Vodafone Group PLC New Sponsored. This asset will be listed as Vodafone Group PLC SPONS ADR NEW on the 2007 Report.

(CC) (VII- 362) On 8/01 Wyndham Worldwide Corp was a spinoff of Cendant Corp. with a distribution of ████████.

(DD) (VII- 379) On 5/30 Anadarko Petroleum Corp stock split on 2:1 on ████████

(EE) (VII- 402) On 4/19 Chubb Corp stock split 2:1 on ████████.

(FF) (VII- 422) On 12/12 Emerson Electric Co. stock split 2: 1 on ████████

(GG) (VII- 446) On 11/20 IDEARC Inc. was a spinoff of ████████████ of Verizon Communications and on 11/29 cash in lieu of .2500.

(HH) (VII- 472) On 5/22 Maxtor merged with Seagate @ .37, ████████ of Maxtor merged to become ████████ of Seagate so on 2007 report this asset will be listed as "Seagate Technology"

(II) (VII- 506) On 6/20 Taiwan Semiconductor Mfg Co. Ltd ADR stock had a stock dividend of ████████ issued on 6/20 but held by foreign governments until 7/19. On 6/22 cash in lieu of .61269 was given but not recorded until 7/19.

(JJ) (VII- 513) On 5/25 Unilever PLC Spons ADR stock split of ████████ s for a total of ████████

(KK) (VII- 515) Verigy LTD is a spinoff of Aligent Technologies Inc. Purchased 64 shares on 11/01, received ████████ from a spinoff of ██████ s, purchased ████████ on 11/02, and ████████ on 11/03 for a total of ████████

(LL) (VII- 525) On 7/31 Vodafone Group PLC New SPONS ADR exchanged ████████ at the rate of .875 per share of ADR Vodafone Grp and 1 Share of Escrow merger payout to become ████████ of Vodafone Group PLC New Sponsored. Although this merger was recorded on 7/31, it was not finalized until 8/17. This asset will be listed as Vodafone Group PLC SPONS ADR NEW on the 2007 Report.

(MM) (VII- 275) Birmingham Steel. The report for this asset stated that the gross value , C(1), was "unavailable".

(NN) (VII- 41) Sold right-of-way to Santee-Cooper on 12/14

(PP) (VII- 283) ████████████████████ was held for is now emancipated and therefore these assets no longer need to be reported.

(QQ) (VII- 291,296) ████████████████████ were opened on 7/20/04 and have not previously been reported. A full explanation for this was has been made in a letter dated May 8, 2007 to the The Committee for Financial Disclosure. The dates, values, and transactions reported here on these lines are those for calendar year 2006.

(RR) (VII- 6) This is the same CD that was listed on line 10 of the 2005 Report. On the 2005 Report this CD was shown as "Matured". It did in fact mature but it was not redeemed, instead it rolled over for an additional 13 month maturity period.

(SS) (VII- 532) ████ s of Wm Wrigley Jr. Co. Class A was spun off to Class B on 4/12 with a cash value of $0 and was tendered on 5/09, thus ending with ████ ████

(TT) (VII- 196-200, 338-343, & 464-467) The Liberty Media Family of investments includes Liberty Global Inc. Class A, Liberty Global Inc. Ser C, Liberty Media Corp A., Liberty Media HLDG Corp Interactive Ser A, Liberty Media HLDG CAP SER A, Liberty Global Inc. Com Ser A., Liberty Media Com Ser C to name a few. The names alone are confusing. Liberty Media uses a unique investment strategy of "tracking stocks" which makes it very difficult to follow the investment trades throughout the year. Our stock brokers have had difficulty explaining these stocks and our accountant has also found it confusing. To the best of my ability, I have listed everything I know about the investments ████████ holds in these entiies. The descriptions, income, values, and trades listed on these lines reflect the information as best I could glean from the resources available to me.

(UU) (VII-198) Could not determine from the information available what this asset merged with on 5/11.

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████        Date May 9, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544